UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, <br><br>　　　　　　Plaintiff, <br><br>v. <br><br>SRI SAI BALAJI LLC dba BIRYANI N GRILL; JOTHEENDRA HEMACHAND PULLURU, Individually; RAM SWADEEP SATHAMBAKAM, Individually; and GAUTHAM SUNKARA, Individually, <br><br>　　　　　　Defendants. | CIVIL ACTION NO. 1:20-cv-1227-LY |

**NOTICE OF COMPLETION OF PAYMENTS**
**PURSUANT TO JUNE 1, 2021 CONSENT JUDGMENT**

　　　　Plaintiff, MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, informs this Court that Defendants, Sri Sai Balaji LLC dba Biryani N Grill ("Biryani N Grill"); Jotheendra Hemachand Pulluru, Individually; Ram Swadeep Sathambakam, Individually; and Gautham Sunkara, Individually (collectively "Defendants") have completed all payments pursuant to the June 1, 2021 Consent Judgment. Thus, Defendants have met all payment terms outlined in the Consent Judgment. Accordingly, the Secretary, respectfully, has no objection to the Court now administratively closing this matter. This matter is concluded.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | SEEMA NANDA<br>Solicitor of Labor |
|  | JOHN RAINWATER<br>Regional Solicitor |
| U.S. Department of Labor<br>Office of the Solicitor<br>525 Griffin Street, Suite 501<br>Dallas, Texas 75202<br>Telephone: (972) 850-3100<br>Facsimile: (972) 850-3101<br>Email: sallusti.matthew@dol.gov<br>         docket.dallas@dol.gov | MARGARET TERRY CRANFORD<br>Counsel for Wage and Hour<br><br>By:<br><br>/s/ Matthew P. Sallusti<br>MATTHEW P. SALLUSTI<br>Senior Trial Attorney<br>Texas State Bar No. 24013447 |
| RSOL Case No. 0640-21-00146 | Attorneys for Plaintiff.<br><br>Electronically Filed: September 13, 2021. |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the Secretary's Notice of Completion of Payments Pursuant to June 1, 2021 Consent Judgment was served via the ECF filing system and/or email addressed to:

>Felicity A. Fowler
>MCGINNIS LOCHRIDGE
>2200 Ross Avenue, Suite 4900E
>Dallas, Texas 75201
>Email: ffowler@mcginnislaw.com

>Certified: September 13, 2021

>/s/ Matthew P. Sallusti
>MATTHEW P. SALLUSTI
>Senior Trial Attorney